ANDRÉ BIROTTE JR.  
United States Attorney  
LEON W. WEIDMAN  
Assistant United States Attorney  
Chief, Civil Division  
FRANCESCO P. BENAVIDES, CSBN 258924  
Special Assistant United States Attorney  
    Social Security Administration  
    160 Spear St., Suite 800  
    San Francisco, CA  94105  
    Telephone:  (415) 977-8978  
    Facsimile:  (415) 744-0134  
    Email:  Francesco.Benavides@ssa.gov  
Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF CALIFORNIA  
WESTERN DIVISION

| | |
|---|---|
| LEE DONALD KATZ, <br><br>    Plaintiff, <br><br>        v. <br><br>MICHAEL J. ASTRUE, <br>Commissioner of Social Security, <br><br>    Defendant. | Case No.: 2:12-cv-01114 SP <br><br>**JUDGMENT OF REMAND** |

    The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:  August 21, 2012        /s/ (Sheri Pym)  
                                          HON. SHERI PYM  
                                          UNITED STATES MAGISTRATE JUDGE